**John Hamilton, Appellant, v. J. B. Kilroy, Appellee.**

**Gen. No. 13,937.**

In this case there was nothing involved but a question of fact.

Assumpsit. Appeal from the Circuit Court of Cook county; the Hon. WILLIAM L. POND, Judge, presiding. Heard in this court at the October term, 1907. Affirmed. Opinion filed July 6, 1908.

F. H. TRUDE, for appellant.

SPENCER WARD, for appellee.

MR. JUSTICE ADAMS delivered the opinion of the court.

---

**George E. Dickson, Administrator, Appellee, v. George B. Swift & Company, Appellant.**

**Gen. No. 13,953.**

This was an action on the case for death caused by alleged wrongful act. The accident in question resulted from a fall through a hole in a scaffold. *Held,* first, that the declaration stated a cause of action; second, that "it was not error of which the defendant can take advantage for the jury to disregard an erroneous instruction given at his own request," and, third, that the risk in question was not an assumed risk, as a matter of law.

Action in case for death caused by alleged wrongful act. Appeal from the Circuit Court of Cook county; the Hon. RICHARD W. CLIFFORD, Judge, presiding. Heard in this court at the October term, 1907. Affirmed. Opinion filed July 6, 1908.

ELBRIDGE HANECY, F. J. CANTY and R. J. FOLONIE, for appellants.

JOHN A. BLOOMINGSTON, for appellee.

MR. JUSTICE ADAMS delivered the opinion of the court.